In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00422-CV**

_____


**IN RE MICHAEL DAVID BELLOW JR.**

_____

**Original Proceeding**
**356th District Court of Hardin County, Texas**
**Trial Cause No. 54996**

_____

**MEMORANDUM OPINION**

Michael David Bellow Jr. petitioned for a writ of mandamus to compel the trial court to vacate a sanctions order that was signed two days after the trial court signed a decree of divorce. To be entitled to mandamus relief, the relator must establish that the trial court committed a clear abuse of discretion and that no adequate remedy by appeal is available. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). Here, Bellow has not met his burden to show that the sanctions order is void, or to show

1

that his complaints regarding the order cannot be addressed in an appeal. Accordingly, we deny the mandamus petition.

PETITION DENIED.

PER CURIAM

Submitted on November 21, 2017
Opinion Delivered November 22, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.